LAW OFFICES OF THOMAS M. SWIHART
THOMAS M. SWIHART, State Bar No. 98564
2039 Shattuck Avenue, Suite 308
Berkeley, CA 94704
Telephone: (510) 843-2750
Facsimile: (510) 843-2762

Attorney for Plaintiff BARBARA WILLIS

RANDOLPH CREGGER & CHALFANT LLP
ADRIAN L. RANDOLPH, State Bar No. 133577
DEMOND L. PHILSON, State Bar No. 220220
1030 G Street
Sacramento, California 95814
Telephone: (916) 443-4443
Facsimile: (916) 443-2124

Attorneys for Defendants
LOU BLANAS, INDIVIDUALLY AND AS CHIEF
OF THE SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT; SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT and DEPUTY BELLE RINGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA WILLIS,<br><br>        Plaintiff,<br><br>vs.<br><br>LOU BLANAS, INDIVIDUALLY AND AS CHIEF OF THE SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; and DEPUTY BELLE RINGER, AND THE SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, a Governmental Agency,<br><br>        Defendants.<br>_____ / | No. CIV S-03-0736 FCD KJM<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

COMES NOW Plaintiff, BARBARA WILLIS, and hereby requests that this Honorable Court dismiss the above-captioned matter with prejudice, with each side bearing their own costs

- 1 -
STIPULATION OF DISMISSAL AND ORDER THEREON

1  and attorney fees.

2

3  Dated: September 22, 2005                    LAW OFFICES OF THOMAS M. SWIHART

4

5                                               By   /s/ Thomas M.Swihart
                                                     THOMAS M. SWIHART
6                                                Attorney for Plaintiff BARBARA WILLIS

7  Approved as to form this September 22, 2005.

8                                               RANDOLPH CREGGER & CHALFANT LLP

9

10                                              By   /s/ Demond L. Philson
                                                     DEMOND L. PHILSON, SBN 220220
11                                              Attorneys for Defendants LOU BLANAS, INDIVIDUALLY AND AS CHIEF OF THE
12                                              SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SACRAMENTO COUNTY
13                                              SHERIFF'S DEPARTMENT and DEPUTY BELLE RINGER

14

15                                **ORDER**

16  The Court having considered the application for Dismissal of the Complaint with Prejudice,

17  NOW THEREFORE,

18  IT IS ORDERED that the complaint of the Plaintiff, BARBARA WILLIS, against the

19  Defendants, LOU BLANAS, INDIVIDUALLY AND AS CHIEF OF THE SACRAMENTO

20  COUNTY SHERIFF'S DEPARTMENT; SACRAMENTO COUNTY SHERIFF'S

21  DEPARTMENT and DEPUTY BELLE RINGER, be and hereby is dismissed with prejudice, and

22  that each side shall bear its respective costs and attorney fees.

23

24  Dated: September 26, 2005

**Randolph, Cregger & Chalfant**

25                                              /s/ Frank C. Damrell Jr.
                                                FRANK C. DAMRELL JR.
26                                              UNITED STATES DISTRICT COURT JUDGE

# PROOF OF SERVICE

**CASE:** Barbara Willis v. Lou Blanas, et al.
**NO:** U. S. District Court, Eastern District of California, No. CIV S-03-0736 FCD KJM

The undersigned declares:

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action; my business address is 1030 G Street, Sacramento, CA 95814.

I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.

On the dated stated below, I served the within **REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** on all parties in said action as addressed below by causing a true copy thereof to be:

xx   **placed in a sealed envelope** with postage thereon fully
     prepaid in the designated area for outgoing mail:

___   **delivered by hand**:

___   **telecopied by facsimile**:

___   **express mailed**:

<u>Plaintiff</u>
Thomas M. Swihart, Esq.
2039 Shattuck Ave., Suite 308
Berkeley, CA 94704
(510) 843-2750
(510) 843-2762 FAX

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this September 22, 2005 at Sacramento, California.

       /s/ Beverly J. Murch
       Beverly J. Murch

**Randolph, Cregger & Chalfant**

- 3 -
STIPULATION OF DISMISSAL AND ORDER THEREON